STATE OF CONNECTICUT *v.* RODNEY M. PETERSON

The defendant's petition for certification for appeal from the Appellate Court, 51 Conn. App. 645 (AC 16689), is denied.

*Mark Rademacher*, assistant public defender, in support of the petition.

*Judith Rossi*, assistant state's attorney, in opposition.

Decided March 17, 1999

CLOSE, JENSEN AND MILLER, P.C. *v.* FRANK LOMANGINO ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 51 Conn. App. 576 (AC 17201), is denied.

CALLAHAN, C. J., did not participate in the consideration or decision of this petition.

*Neil F. Murphy, Jr.*, in support of the petition.

*Karen K. Clark* and *Donald W. Doeg*, in opposition.

Decided March 17, 1999

SIXTO NIEVES *v.* COMMISSIONER OF CORRECTION

The petitioner Sixto Nieves' petition for certification for appeal from the Appellate Court, 51 Conn. App. 615 (AC 17256), is denied.

*Noelle Gately*, in support of the petition.

Decided March 17, 1999